

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Pamela Lou Burden, Appellant

No. 06-13-00088-CV          v.

Steven Bradley Burden, Appellee

Appeal from the 62nd District Court of Delta County, Texas (Tr. Ct. No. 10700). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Pamela Lou Burden, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 22, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk